Jeffrey Paul Ehrlich (*Pro Hac Vice*)
**McGuireWoods LLP**
jehrlich@mcguirewoods.com
888 16th Street NW, Suite 500
Washington, D.C. 20006
Telephone: 202-857-1700

Alicia A. Baiardo (SBN 254228)
**McGuireWoods LLP**
abaiardo@mcguirewoods.com
Two Embarcadero Center
201 Clay Street, Suite 1300
San Francisco, CA 94111
Telephone: 415-844-9944

Nicholas Hoffman (SBN 284472)
**McGuireWoods LLP**
nhoffman@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone: 310-315-8200

Jonathan Y. Ellis (*Pro Hac Vice Pending*)
**McGuireWoods LLP**
jellis@mcguirewoods.com
501 Fayetteville St., Suite 500
Raleigh, NC 27601
Telephone: 919-755-6688

Grace G. Simmons (*Pro Hac Vice Pending*)
**McGuireWoods LLP**
gsimmons@mcguirewoods.com
1075 Peachtree St. NE
Atlanta, GA 30309
Telephone: 404-443-5718

*Attorneys for Defendant Eightfold AI Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERIN KISTLER and SRUTI BHAUMIK, on behalf of themselves and all those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EIGHTFOLD AI INC.,<br><br>Defendant. | Case No.: 3:26-cv-01768-YGR<br><br>**DECLARATION OF GRACE SIMMONS IN SUPPORT OF EIGHTFOLD'S MOTION TO DISMISS**<br><br>**Judge:** Hon. Yvonne Gonzalez Rogers<br>**Date:** August 4, 2026<br>**Time:** 2 p.m.<br>**Location:** Courtroom 1, 4th Floor |

DECLARATION OF GRACE SIMMONS IN SUPPORT OF
EIGHTFOLD'S MOTION TO DISMISS

Case No.: 3:26-cv-01768-YGR

**DECLARATION OF GRACE SIMMONS IN SUPPORT OF
EIGHTFOLD'S MOTION TO DISMISS**

1. I am employed by McGuireWoods LLP as an Associate in the Firm's Atlanta, Georgia and Washington, D.C. offices.

2. I have personal knowledge of the facts set forth herein, and I am over 18 years of age and competent to testify.

3. Attached hereto as **Exhibit A** is a true and accurate copy of a page on Eightfold's website, "Eightfold Matching Model," cited in the Plaintiffs' Complaint at paragraph 74, footnote 39, and available at https://eightfold.ai/nyc-eightfold-matching-model/ (last visited April 20, 2026).

4. Attached hereto as **Exhibit B** is a true and accurate copy of Steve Lohr, *An A.I Start-Up Boomed, But Now It Faces a Slowing Economy and New Rules*, N.Y. Times (Mar. 13, 2023), cited in the Plaintiffs' Complaint at paragraphs 7 and 8, footnotes 6 and 7, and available at https://www.nytimes.com/2023/03/13/business/ai-hiring-jobs.html (last visited April 20, 2026).

5. Attached hereto as **Exhibit C** is a true and accurate copy of Eightfold's Privacy Policy, cited in the Plaintiffs' Complaint at paragraph 66, footnotes 30 and 31, and available at https://eightfold.ai/privacy-policy/ (last visited April 20, 2026).

6. Attached hereto as **Exhibit D** is a true and accurate copy of Eitan Anzenberg *et al.*, *Evaluating the Promise and Pitfalls of LLMs in Hiring Decisions* (July 2, 2025), cited in the Plaintiffs' Complaint at paragraph 68, footnote 32, and available at https://arxiv.org/pdf/2507.02087v1 (last visited April 20, 2026).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 20, 2026

_____
Grace Simmons

2

DECLARATION OF GRACE SIMMONS IN SUPPORT OF
EIGHTFOLD'S MOTION TO DISMISS

Case No.: 3:26-cv-01768-YGR