# EXHIBIT C

eightfold.ai

Request demo

*Last updated: December 31, 2024*

Eightfold AI Inc., on behalf of itself and its subsidiaries ("**Eightfold**," "**we**," "**us**," or "**our**") is providing this Privacy Policy to explain who we are, how we collect, process, share, and use Personal Data about you, and how you can exercise your privacy rights. For purposes of this Privacy Policy, "**Personal Data**" means any information relating to an identified or identifiable individual as further defined in applicable data privacy laws and regulations.

Eightfold uses artificial intelligence through its software services built upon its Talent Intelligence Platform solutions, providing effective ways for our customers that purchase our products and services ("**Customers**") to acquire, engage and retain talent (the "**Services**").

We recommend that you read this Privacy Policy in full to ensure you are fully informed. However, to make it easier for you to review those parts of this Privacy Policy, which apply to you, we have divided up the document into the following sections:

A. OUR WEBSITE
B. OUR SERVICES
C. GENERAL
D. ADDITIONAL INFORMATION FOR CALIFORNIA RESIDENTS
E. OTHER INFORMATION

# A. Our Website

## 1. Personal Data We Process on Behalf of Our Customers

Eightfold processes Personal Data on behalf of our Customers as a service provider as necessary to provide the Services; prevent or address any service or technical issues; respond to Customer support requests; for any other purpose provided for in the Customer agreement; or in accordance with or as may be required by law.

Customers collect and manage Personal Data through their use of our Services in accordance with their own privacy policies and practices, over which we have no control. We have no direct relationship with the individuals whose Personal Data we

process on behalf of Customers, unless we have direct accounts with you as job candidates. If you are an employee or job candidate of one of our Customers and would no longer like your data to be used by one of our Customers that use our Services or you would like to access, correct or request deletion of your data, please contact the Customer that you interact with directly.

**Personal Data Provided by Customers**: In order to provide the Services to our customers, Eightfold processes certain Personal Data input or uploaded into our Services by our Customers' employees or authorized users, or Eightfold's personnel who input or upload on behalf of Customers. Through those connections, we receive certain Personal Data about employees and candidates for employment that the Customer makes available to us, such as contact information, professional and educational backgrounds and information included in resumes.

**Personal Data Provided by Prospective Employees:** As part of our Services, Eightfold processes certain Personal Data input or uploaded into our Services by prospective employees, including contact information, professional and educational backgrounds, and other information included in resumes. For example, if you apply to a job posted on a career page of a prospective employer that is one of our Customers, your Personal Data may be processed by Eightfold in provision of the Services. To the extent that our Services, such as a mobile app, allow you to directly upload job application information, including resumes, in order to connect with potential employers, we process that information for our Customers and their authorized users, including analyzing, summarizing, displaying, allowing downloading of the information or forwarding the information to the employers who created the job positions.

**Personal Data Obtained from Third Party Sources:** If it is so instructed by our Customers, we  obtain information about potential job candidates from third-parties sources where job candidates have made available their professional information , such as  LinkedIn, Stack Overflow and Github. The Personal Data obtained from these sources may include contact information, professional and educational backgrounds, and information included in resumes. Obtaining this information helps our Customers locate individuals who are the right fit for their employment needs and helps those potential job candidates find new job opportunities that may interest them and/or be a better fit for their professional skills.

**Information We Receive From Your Use of the Services:** When you interact with the Services, we may receive certain information about your visit, use or interactions with the web platform, such as login patterns, use of cookies, usage and device information, similar to what we described above under  A – "Our Website", section 1 – "Personal Data We Collect" – "Information We Receive From Your Use of the Site".

Case 4:26-cv-01768-YGR    Document 29-4    Filed 04/20/26    Page 4 of 23

# B. Our Services

## 1. Personal Data We Process on Behalf of Our Customers

Eightfold processes Personal Data on behalf of our Customers as a service provider as necessary to provide the Services; prevent or address any service or technical issues; respond to Customer support requests; for any other purpose provided for in the Customer agreement; or in accordance with or as may be required by law.

Customers collect and manage Personal Data through their use of our Services in accordance with their own privacy policies and practices, over which we have no control. We have no direct relationship with the individuals whose Personal Data we process on behalf of Customers, unless we have direct accounts with you as job candidates. If you are an employee or job candidate of one of our Customers and would no longer like your data to be used by one of our Customers that use our Services or you would like to access, correct or request deletion of your data, please contact the Customer that you interact with directly.

**Personal Data Provided by Customers**: In order to provide the Services to our customers, Eightfold processes certain Personal Data input or uploaded into our Services by our Customers' employees or authorized users, or Eightfold's personnel who input or upload on behalf of Customers. Through those connections, we receive certain Personal Data about employees and candidates for employment that the Customer makes available to us, such as contact information, professional and educational backgrounds and information included in resumes.

**Personal Data Provided by Prospective Employees:** As part of our Services, Eightfold processes certain Personal Data input or uploaded into our Services by prospective employees, including contact information, professional and educational backgrounds, and other information included in resumes. For example, if you apply to a job posted on a career page of a prospective employer that is one of our Customers, your Personal Data may be processed by Eightfold in provision of the Services. To the extent that our Services, such as a mobile app, allow you to directly upload job application information, including resumes, in order to connect with potential employers, we process that information for our Customers and their authorized users, including analyzing, summarizing, displaying, allowing downloading of the information or forwarding the information to the employers who created the job positions.

**Personal Data Obtained from Third Party Sources:** We may obtain information about potential job candidates from (i) third parties who provide data they have collected from various sources commercially and (ii) publicly available sources where job candidates have made available their professional information including resumes, such as professional social networks or employment-related search engines for job listings. The Personal Data obtained from these sources generally includes contact information, professional and educational backgrounds, and information included in resumes. Obtaining this information helps our Customers locate

individuals who are the right fit for their employment needs and helps those potential job candidates find new job opportunities that may interest them and/or be a better fit for their professional skills.

**Information We Receive From Your Use of the Services:** When you interact with the Services, we may receive certain information about your visit, use or interactions with the web platform, such as login patterns, use of cookies, usage and device information, similar to what we described above under the Our Website-Information We Receive From Your Use of the Site section.

## 2. Personal Data We Control

Eightfold may obtain and control processing of Personal Data of authorized users of our Services and Customers' administrative personnel in connection with the operation, support and/or use of the Services, including their names, emails, contact information and billing information. Eightfold may also obtain and use Personal Data from third-party public sources as described previously to improve and provide the Services including ensuring candidate job profiles are up to date, and for Eightfold's hiring and talent needs.

## 3. How We Use Information

We use Personal Data processed via the Services for the following purposes:

**To provide our Customers with the Services** so they can find potential job candidates to match with desired job requirements and facilitate employee career growth through internal mobility. This processing is necessary to perform our contract with our Customers.

**As necessary for certain legitimate business interests**, which include the following:

- To provide, operate, optimize and maintain the Services;
- To address Customer inquiries, comments, feedback, questions, sales and marketing support, support requests and product development
- To manage Eightfold's platform, system administration and to ensure the security of our IT systems, architecture and networks;
- To compile anonymized statistics about the operation and use of the Services to carry out research, development, and analyze usage and provide, maintain and improve the content and functionality of the Services;
- To build, train, and validate our model using datasets created by Eightfold. Personal Data that will be a part of any such datasets is anonymized by Eightfold prior to use by Eightfold in building, training or validating our model using the several industry standard techniques;
- For bias auditing and correction.    The bias testing by Eightfold is strictly necessary to support our contractual and legal obligations to perform the contracted services in

accordance with law, to support our customers' lawful use of our products, and to protect fundamental rights of nondiscrimination. To minimize the Personal Data that comprises the auditing dataset, the data used for bias auditing is pseudonymized. Additional details regarding the methods for auditing Eightfold's models for bias can be found at Eightfold Matching Model;

- To send Customers administrative and technical alerts, reports, updates, security notifications and other Service-related communications;

- To investigate and prevent fraud, criminal activity, unauthorized access or use of Services, breaches of terms and policies, and other wrongful behavior;

- To comply with legal obligations and legal process and to protect our rights, privacy, safety or property, and/or that of our affiliates, customers, or other third parties;

- To carry out other legitimate business purposes, as well as other lawful purposes about which Eightfold will notify you;

- To keep track of our Customer billing, payments and account management; and

- If you ask us to delete your data and we are required to fulfill your request, we will keep basic data to maintain a record of your request, our response to it and use that data to prevent further unwanted processing.

## 4. Sharing and Disclosure of Information

We do not share or disclose Personal Data we process in our Services, except as described in this Privacy Policy or as we disclose to you. In certain circumstances, we may share your Personal Data with entities without further notice to you, unless required by the law, as set forth below:

- **Service Providers and Subprocessors:** To assist us in meeting business operations needs and to perform certain services and functions related to the Services, we may share Personal Data with providers of hosting, marketing, sales/customer relationship management services, product support, product management, and security enhancement. Pursuant to our instructions, these parties will access, process or store Personal Data in the course of performing their duties to us. Further details on our specific use of subprocessors are described in our Subprocessor Notice   .

- **Customers and their authorized users and service providers:** In order to connect potential job candidates with potential employers in providing the Services, we may share Personal Data with our Customers and their authorized users and service providers. Our Customers and their authorized users may include companies that created the job positions or act as intermediaries such as counselors or recruiters for such companies and in turn may forward your submitted information to the employers. Our Customers may also choose to implement their Eightfold services with service providers they select, and your information would be shared with those service providers. While efforts are made to choose implementation partners that share our standards for privacy, their websites and services are outside of our control and are not covered by this Privacy

Policy, and we are not responsible for their selection, content, security, or privacy practices.

- **Business Transfers:** If we are involved in a merger, acquisition, financing due diligence, reorganization, bankruptcy, receivership, sale of all or a portion of our assets, or transition of service to another provider, your Personal Data and other information may be transferred to a successor or affiliate as part of that transaction along with other assets or reviewed as a part of the due diligence process.

- **Legal Requirements:** If required to do so by law or in the good faith belief that such action is necessary to (i) comply with a legal obligation, including to meet national security or law enforcement requirements, (ii) protect and defend our rights or property, (iii) prevent fraud, (iv) act in urgent circumstances to protect the personal safety of users of the Services, or the public, or (v) protect against legal liability.

# C. General

## 1. Cookies and Other Technologies

We use cookies and similar technologies such as web beacons alone or in conjunction with cookies to compile information about the usage of the Site and the Services and interaction with emails from us. When you visit the Site and Services, we or an authorized third party may place a cookie on your browser, which collects information, including Personal Data, about your online activities over time and across different sites. Cookies allow us to track overall usage, determine your browsing preferences and improve and customize your browsing experience.

Further information on how we use cookies and other similar technologies and how you can control cookies are described in our Cookie Notice.

## 2. Security

We implement reasonable technical and organizational measures to protect Personal Data from loss, misuse, and unauthorized access, disclosure, alteration or destruction. For example, we use available technology and other techniques to implement systems like firewalls and/or encryption. However, no Internet or email transmission is ever fully secure or error free. In particular, email sent to or from us may not be secure. Therefore, you should take special care in deciding what information you send to us via the Services. Please keep this in mind when disclosing any Personal Data to Eightfold via the Internet. In addition, we are not responsible for circumvention of any privacy settings or security measures contained on the Site, the Services, or third party websites.

# 3. International Transfer

If you are a user based in regions with laws governing data collection and use, please note that we may transfer your Personal Data to the United States for the purposes described in this Privacy Policy, and the data may be transmitted to our service providers supporting our business operations (described above). Please see our Subprocessor Notice for additional information.

In the context of an onward transfer, Eightfold is responsible for the processing of personal data it receives under the Data Protection Framework ("DPF") Principles and subsequently transfers to a third party acting as an agent on Eightfold's behalf. Eightfold shall remain liable under the DPF Principles if its agent processes such personal data in a manner inconsistent with the DPF Principles, unless Eightfold can prove that it is not responsible for the event giving rise to the damage.

# 4. EU-U.S. and Swiss-U.S. Data Privacy Frameworks and the UK Data Bridge

Eightfold complies with the EU-U.S. Data Privacy Framework (EU-U.S. DPF), the UK Extension to the EU-U.S. DPF, and the Swiss-U.S. Data Privacy Framework (Swiss-U.S. DPF) as set forth by the U.S. Department of Commerce. Eightfold has certified to the U.S. Department of Commerce that it adheres to the EU-U.S. Data Privacy Framework Principles (EU-U.S. DPF Principles) with regard to the processing of Personal Data received from the EU in reliance on the EU-U.S. DPF and from the UK (and Gibraltar) in reliance on the UK Extension to the EU-U.S. DPF. Eightfold has certified to the U.S. Department of Commerce that it adheres to the Swiss-U.S. Data Privacy Framework Principles (Swiss-U.S. DPF Principles) with regard to the processing of Personal Data received from Switzerland in reliance on the Swiss-U.S. DPF. If there is any conflict between the terms in this Privacy Policy and the EU-U.S. DPF Principles and/or the Swiss-U.S. DPF Principles, the Principles shall govern. To learn more about the Data Privacy Framework (DPF) program, and to view our certification, please visit https://www.dataprivacyframework.gov/.

In compliance with the EU-U.S. DPF, the UK Extension to the EU-U.S. DPF, and the Swiss-U.S. DPF, Eightfold commits to resolve DPF Principles-related complaints about our collection and use of your personal information. EU, UK, and Swiss individuals with inquiries or complaints regarding our handling of Personal Data received in reliance on the EU-U.S. DPF, the UK Extension to the EU-U.S. DPF, and the Swiss-U.S. DPF should first contact Eightfold at: privacy@eightfold.ai.

In compliance with the EU-U.S. DPF, the UK Extension to the EU-U.S. DPF, and the Swiss-U.S. DPF, Eightfold commits to refer unresolved complaints concerning our handling of Personal Data received in reliance on the EU-U.S. DPF, the UK Extension

to the EU-U.S. DPF, and the Swiss-U.S. DPF to VerSafe, an alternative dispute resolution provider with offices in the U.S. and the EU. If you do not receive timely acknowledgment of your DPF Principles-related complaint from us, or if we have not addressed your DPF Principles-related complaint to your satisfaction, please visit VeraSafe Data Privacy Framework Dispute Resolution Procedure for more information or to file a complaint. The services of Versafe are provided at no cost to you.

Under certain conditions, an EU, UK, or Swiss individual has the option to invoke binding arbitration for complaints regarding DPF compliance not resolved by any of the other DPF mechanisms. Please see Annex I to the DPF Principles for additional information.

The Federal Trade Commission has jurisdiction over Eightfold's compliance with the EU-U.S. DPF, the UK Extension to the EU-U.S. DPF, and the Swiss-U.S. DPF.

## 5. Data Retention

We keep Personal Data for as long as reasonably necessary for the purposes described in this Privacy Policy, while we have a legitimate business need to do so, or as required by law (e.g. for tax, legal, accounting or other purposes), whichever is the longer.

If you have elected to receive marketing communications from us, we retain information about your marketing preferences until you opt out of receiving these communications and in accordance with our policies.

To determine the appropriate retention period for your Personal Data, we will consider the amount, nature, and sensitivity of the Personal Data, the potential risk of harm from unauthorized use or disclosure of your Personal Data, the purposes for which we use your Personal Data and whether we can achieve those purposes through other means, and the applicable legal requirements. In some circumstances, we may anonymize your Personal Data so that it can no longer be associated with you, in which case it is no longer Personal Data.

Any Personal Data we process on behalf of our Customers is retained in accordance with the timeframes set out in the relevant customer agreements.

## 6. Your Rights Relating to your Personal Data

You have certain rights relating to your Personal Data, subject to local data protection laws. Depending on the applicable laws and, in particular, if you are located in the EU, UK or Switzerland (for these purposes, the EU includes European Economic Area countries of Iceland, Liechtenstein and Norway), these rights may include your rights

under EU General Data Protection Regulation ("**GDPR**"). If you are a California resident, please see the Additional Information for California Residents section to understand your rights.

- To **access, correct, update or request deletion** of your Personal Data held by us, taking into account the purpose of processing the Personal Data and to the extent permitted by applicable data protection laws.

- To **restrict our processing** of your Personal Data in certain circumstances, such as where you contest the accuracy of the data or object to processing of your Personal Data.

- If you **object to processing** of your Personal Data, we will stop processing: (1) if we are relying on a legitimate interest to process your Personal Data — unless we demonstrate compelling legitimate grounds for the processing; or (2) If we are processing your Personal Data for direct marketing purposes.

- You have the right to **opt-out of marketing communications** we send you at any time. You can exercise this right by clicking on the "unsubscribe" or "opt-out" link in the marketing emails we send you. To opt-out of other forms of marketing (such as postal marketing or telemarketing), then please contact us by submitting your request through our Eightfold Privacy Webform.

- You have the right to **request portability** of your Personal Data that you consented to give us or that was provided to us as necessary in connection with our contract with you, and that is processed by automated means.

- You have the right to be free from decisions based solely on **automated processing** of your Personal Data (including profiling) which produces a significant legal effect on you, unless this is necessary in relation to a contract between you and us or you provide your explicit consent to this use.

- If we rely on your consent to process your Personal Data, then you can **withdraw your consent** at any time. Withdrawing your consent will not affect the lawfulness of any processing we conducted prior to your withdrawal, nor will it affect processing of your Personal Data conducted in reliance on lawful processing grounds other than consent.

- You have the **right to complain to a data protection authority** about our privacy practices, including the way we handled your Personal Data, you can report it to the data protection authority that is authorized to hear those concerns. For more information, please contact your local data protection authority. See http://ec.europa.eu/justice/article-29/structure/data-protection-authorities/index_en.htm

Please submit your request through our Eightfold Privacy Webform to exercise your rights. For Personal Data we process on behalf of our Customers, please direct any

requests related to your rights to the Eightfold Customer who holds the relevant Eightfold account. As a data processor of any Personal Data stored and processed on the Services, Eightfold will not be able to respond directly to such requests and will refer any such requests to the relevant Customer.

**Legal Bases for Processing.** This Privacy Policy (in the "Our Website – How We Use Information" and "Our Services – How We Use Information" sections) describes the legal bases we rely on for the processing of your Personal Data.

As used in this Privacy Policy, "legitimate interests" means our interests in conducting our business, fulfilling the obligations under our customer contracts and managing and delivering the best services. It also refers to our Customers' and job seekers' interests in engaging with each other. This Privacy Policy describes when we process Personal Data for our legitimate interests, what these interests are and your rights. We will not use your Personal Data for activities where the impact on you overrides our interests, unless we have your consent or those activities are otherwise required or permitted by law.

# D. Additional Information for California Residents

In accordance with the California Consumer Privacy Act, as amended by the California Privacy Rights Act ("**CCPA**"), this section is intended to inform California residents of (1) the personal information that we collect and how we disclose that information, and (2) the privacy rights California residents may have relating to their personal information and how those rights can be exercised.

As used in this section, the terms "business", "business purpose", "collects" / "collected" / "collection", "consumer", "commercial purposes", "consent", "cross-context behavioral advertising", "deidentified", "device", "household", "infer" / "inference", "person", "personal information", "processing", "sell" / "selling" / "sale" / "sold", "sensitive personal information", "service provider",  "share" / "shared" / "sharing", "third party", and "unique identifier" / "unique personal identifier" have the respective definitions set forth in CCPA.

Specifically, **this section applies to our processing activity when we are acting as a business under CCPA**. When we provide Services to a Customer, we are acting as a service provider to the Customer (the business). To the extent Eightfold is processing your personal information as a service provider, please contact the applicable Customer you interacted with to learn more about your rights with respect to your personal information.

## 1. Personal Information Collection and Disclosure

The following disclosures are intended to provide additional information about (1) the categories of personal information we collect, and (2) how and to whom we disclose that personal information. Nothing in this section limits our ability to use or disclose information as described elsewhere in this Privacy Policy.

In the past 12 months, we have collected the following categories of personal information and disclosed such information to the following categories of third parties for the business purposes further described below:

| Categories of Personal Information Collected as a Business | Examples | Categories of Third Parties to Whom Disclosed |
| --- | --- | --- |
| Identifiers | A real name, alias, postal address, unique personal identifier, online identifier, IP address, email address, account name, driver's license number, Social Security Number, passport number, and other similar identifiers.<br><br>Note: driver's license number, Social Security Number, and passport number are only collected in the context of applicants applying to work at Eightfold (e.g., for pre-employment background checks) or complying with legal obligations. | • Customer contact service centers<br>• Financial institutions and payment processors<br>• IT and cloud/hosting service providers, such as our email providers, business application providers, managed services providers, and IT consultants<br>• Online analytics and marketing/advertising service providers<br>• Prior employers of a job applicant to Eightfold<br>• Professional advisors (accountants, lawyers, and auditors)<br>• Service providers conducting background checks |

| | | |
|---|---|---|
| | | or assisting with the recruiting process for applicants to Eightfold<br><br>• Sources for references identified by a job applicant to Eightfold |
| Personal information types listed in the California Customer Records statute (Cal. Civ. Code § 1798.80(e)) | A name, signature, physical characteristics or description, address, telephone number, and driver's license or state identification card number.<br><br>Note: driver's license or state identification card number are only collected in the context of applicants applying to work at Eightfold (e.g., for pre-employment background checks) or complying with legal obligations. | • Customer contact service centers<br>• Financial institutions and payment processors<br>• IT and cloud/hosting service providers, such as our email providers, business application providers, managed services providers, and IT consultants<br>• Online analytics and marketing/advertising service providers<br>• Prior employers of a job applicant to Eightfold<br>• Professional advisors (accountants, lawyers, and auditors)<br>• Service providers conducting background checks or assisting with the recruiting process for applicants to Eightfold |

- Sources for references identified by a job applicant to Eightfold

| Characteristics of protected classifications under California or federal law | Race, color, national origin, citizenship, religion, marital status, sex, age (40 years or older), gender. | • IT and cloud/hosting service providers, such as our email providers, business application providers, managed services providers and IT consultants<br>• Vendors that perform background checks and other Human Resources services<br>• Professional advisors (accountants, lawyers, and auditors) |
| --- | --- | --- |
| Commercial information | Records of products or services purchased, obtained, or considered, or other purchasing or consuming histories or tendencies. | • Financial institutions and payment processors<br>• IT and cloud/hosting service providers, such as our email providers, business application providers, managed services providers, and IT consultants<br>• Marketing/advertising service providers<br>• Professional advisors (accountants, |

| | | |
|---|---|---|
| | | lawyers, and auditors) |
| Internet or other electronic network activity information | Unique personal identifier, browsing history, search history, information on a consumer's interaction with a website, application, or advertisement (see Cookies and Other Technologies for more information). | • IT and cloud/hosting service providers, such as our email providers, business application providers, managed services providers, and IT consultants<br><br>• Online analytics and marketing/advertising service providers<br><br>• Professional advisors (accountants, lawyers, and auditors) |
| Geolocation data | If you are an Eightfold job applicant, and you use our Careers portal to search for open positions, you may choose to provide us your precise geolocation information.<br><br>Eightfold does not collect or process this information for the purposes of inferring characteristics about you, and, thus, treats such information as "personal information" for the purposes of the CCPA (not "sensitive personal | • IT and cloud/hosting service providers, such as our email providers, business application providers, hosting providers, and telephone communication providers |

information").

| Audio, electronic, visual and similar information | Audio or video recordings, photographs, voicemail, or similar information. | • IT and cloud/hosting service providers, such as our email providers, business application providers, hosting providers, and telephone communication providers<br>• Professional advisors (accountants, lawyers, and auditors) |
|---|---|---|
| Professional or employment- related information | Current or past job history, including job titles, work experience, employers, education (e.g., schools attended), projects worked on, and skills. | • IT and cloud/hosting service providers, such as our email providers, business application providers, managed services providers, and IT consultants<br>• Prior employers of a job applicant to Eightfold<br>• Professional advisors (accountants, lawyers, and auditors)<br>• Service providers conducting background checks or assisting with the recruiting process for |

| | | applicants to Eightfold |
| | | • Sources for references identified by a job applicant to Eightfold |
| Inferences drawn from any of the information identified in this table to create a profile about a consumer reflecting the consumer's preferences, characteristics, predispositions, behavior, attitudes, intelligence, abilities, and aptitudes. | Inferences made by machine learning to the extent associated with a person and job positions at Eightfold, such as likely skills, matching to a particular job opportunity, and likelihood to apply for a position. | • IT and cloud/hosting service providers, such as our email providers, business application providers, managed services providers and IT consultants<br>• Professional advisors (accountants, lawyers, and auditors) |

| Categories of Sensitive Personal Information Collected as a Business | Examples | Categories of Third Parties to Whom Disclosed |
|---|---|---|
| Personal information that reveals a consumer's . . . | — | — |
| Social security, driver's license, state identification case, or passport number | If you are an Eightfold job applicant and you have provided your Social Security Number, driver's license number, state identification card | • Professional advisors (accountants, lawyers, and auditors)<br>• Service providers conducting background checks or assisting with the recruiting process |

| | | |
|---|---|---|
| | number, or passport number to Eightfold as part of the application process, Eightfold may collect and process that sensitive personal information about you to perform pre-employment background checks. | for applicants to Eightfold |
| Racial or ethnic origin | If you are an Eightfold job applicant or you otherwise upload your resume to Eightfold's Careers page, Eightfold may collect or process sensitive personal information about you that reveals racial or ethnic origin. This information is used by Eightfold to hire and retain a diverse global workforce, execute on Eightfold's DE&I strategies, and to facilitate producing legally-required government reports on the hiring and employment of protected classes of diverse job applicants and employees. | • IT and cloud/hosting service providers, such as our email providers, business application providers, managed services providers and IT consultants<br>• Vendors that perform background checks and other Human Resources services<br>• Professional advisors (accountants, lawyers, and auditors) |

Personal information included in one category may overlap with other categories. Not all categories will be collected or received for every consumer.

Eightfold collects the above-described categories of personal information from the following sources:

- Direct collection:  We collect personal information directly from you when you choose to provide it to us by filling out forms on our website, engaging in transactions with us, signing up to receive promotional or information communications from us, communicating with us about our services, or otherwise directly providing the information to us as described above. If you are an Eightfold job applicant, such collection includes collection from the job application forms available through our Careers page and job portals, sending us attachments or other communications in connection with the job application process, interviewing with us, or otherwise directly providing the information to us.

- Indirect and technology-based collection: We also collect certain personal information from you indirectly when you visit, use, or navigate our Site or services. Eightfold collects certain unique identifiers (such as IP addresses) and internet and similar network activity (such as Site usage data) from you indirectly using cookies, pixels, and passive tracking technologies. Please see Cookies and Other Technologies for more information.

- Collection via social media: We may collect personal information about social media users, including: basic user profile information (such as username); user-generated content (such as posts, comments, pages, profiles, or feeds); associated metadata (such as time and location of a post or comment); contact details (such as name, email address, telephone number if made public by the user); and additional individual information published by the user (such as employer, profession, location, and education information). The type and scope of personal information obtained from social media platforms depends on the type of APIs and permissions set out by the respective platforms and the administrative permissions granted by customers and users of these platforms.

- Service providers, partners, or vendors: From time-to-time, we may obtain marketing or lead lists from our service providers, partners, or vendors. For example, we engage vendors who may provide us with information that was collected from your interactions with third parties that indicate you may be interested in our services. We use this information, for example, to send you marketing communications. If you are an Eightfold job applicant, we may collect information about you from third parties who support our human resources and recruiting efforts, including recruitment agencies, vendors that support our performance of background/reference checks, and advertising vendors. As described above, we may also obtain information collected from various publicly and commercially available sources, generally regarding professional,

career, or employment-related information as well as contact information. (See Personal Data Obtained from Third Party Sources for additional details.)   In many cases, such information may not be personal information because the information is "publicly available" under CCPA.

## 2. Purposes for the Collection and Use of Personal Information

We collect and use your personal Information for the following business or commercial purposes, as well as for other purposes set forth in this Privacy Policy.

- To fulfill or meet the reason you provided the information and to make other internal and lawful uses of the information that are compatible with the context in which you provided it.
- Providing and optimizing your experience on our Site and ensuring that our content is presented to you in the most effective manner.
- Fulfilling transactions with you, processing your payments, and managing the transaction process.
- Communicating with you and responding to your inquiries about our services, including to provide you with promotional and informational communications regarding our services, informing you about new services, updating you about changes to our services, and investigating any concerns you have about our services or your interactions with us.
- Engaging in analytics regarding use of our services by users for the purposes of marketing to current or potential customers.
- Developing, updating, and improving our services, customer service, customer experience, and marketing efforts, and otherwise improving our knowledge and insights regarding customers.
- If you are searching for a job at Eightfold on our Careers page or you are an Eightfold job applicant, facilitating your job search and application, communicating with you about your application, and evaluating you as a job applicant and, as applicable, engaging in the hiring process.
- To help maintain the safety, security, and integrity of our Site.
- Preventing and detecting fraud, hacking activities, security breaches, and other unlawful activities in connection with our services.
- Enforcing our agreements and complying with our legal or regulatory obligations.
- To evaluate or conduct a merger, divestiture, restructuring, reorganization, dissolution, or other sale or transfer of some or all of our assets, whether as a going concern or as part of bankruptcy, liquidation, or similar proceeding, in which

personal information held by us is among the assets transferred.

- Performing other functions as otherwise described to you at the time of collection of the information or to which you have consented.

We will not collect additional categories of personal information or use the personal information we collected for materially different, unrelated, or incompatible purposes without providing you notice.

## 3. Sensitive Personal Information

We collect and use your sensitive personal information for the business or commercial purposes described in the table above.

If you would like to request that Eightfold limit the use of your sensitive personal information, please click the link below to make such a request:

LIMIT THE USE OF MY SENSITIVE PERSONAL INFORMATION

## 4. Sharing and Selling of Personal Information

We do not sell your personal information in the traditional sense of exchanging information for monetary payment and we do not share your personal information with third parties for those third parties' own business interests or cross-context behavioral advertising (except in cases where you explicitly request or provide consent for us to do so). However, because the definitions of "sale" and "targeted advertising" under applicable law may include the disclosure of your information to certain types of advertising and marketing partners, we provide the right to opt-out of these activities. To opt-out of such disclosures based on cookies and similar tools, visit our "Your Privacy Choices" page accessible via a link on our website footer or implement the Global Privacy Control (GPC). For instructions on how to download and use GPC, please visit https://globalprivacycontrol.org. Our online advertising activities are explained further in our Cookie Notice.

## 5. Applicable Retention Period

The criteria Eightfold uses to determine the retention period for the above categories of personal information is described in Data Retention above.

## 6. California Privacy Rights

To the extent provided for by CCPA and subject to applicable exceptions and exclusions, California residents have the following privacy rights in relation to the

personal information we collect:

- The right to know what personal information we have collected and how we have used and disclosed that personal information.
- The right to request we provide you with copies of the specific pieces of personal information we have collected about you.
- The right to request deletion of your personal information that we have collected about you.
- The right to opt out of the sale and/or sharing of your personal information. See Sharing and Selling of Personal Information for additional information.
- The right to request that Eightfold correct inaccurate personal information.
- The right to request that Eightfold limit use of your sensitive personal information. See Sensitive Personal Information for additional information.
- The right to non-discrimination for the exercise of any of your privacy rights. We will not discriminate or retaliate against any consumer for exercising their rights under CCPA, including by denying benefits or services that we make available, charging different prices or rates for services or benefits, providing a different level or quality of services or benefits, or suggesting that the person may receive a different price or level of quality of services or benefits.

## 7. Exercising Your Rights

California residents can submit a request through our Eightfold Privacy Webform, or by calling us at 888-325-8222, to exercise their privacy rights.

California residents may also exercise these rights on behalf of their minor children in the same manner. As noted in Children below, the Site and the Services are not directed to children who are under the age of 16.

## 8. Verification

Eightfold cannot respond to your request or provide you with personal information if we cannot verify your identity and confirm the personal information relates to you. We may require you to verify your identity before you can submit a request to know or delete personal information held by Eightfold. If you do not have an account with us, or if we suspect fraudulent or malicious activity, we may ask you to provide additional personal information for verification, such as your name, email address, phone number, and relationship to Eightfold. If we cannot verify your identity, we will decline to act on your request and will provide you notice as such.

## 9. Authorized Agents

You may submit a request to know or delete your personal information held by Eightfold through an authorized agent. If you do so, we may require the agent to present signed written permission to act on your behalf. You may also be required to independently verify your identity with us and confirm that you have provided the agent permission to submit the request. If we have a reasonable basis to believe that a request through an authorized agent is clearly unfounded, repetitive, or excessive, we may decline to act on the request by telling you why we made that decision and/or why a fee may be warranted to complete the request.

# E. Other Information

## 1. Children

The Site and the Services are not directed to children who are under the age of 16. Eightfold does not knowingly collect Personal Data from children under the age of 16. If you have reason to believe that a child under the age of 16 has provided Personal Data to Eightfold through the Site or Services please please submit your request through our Eightfold Privacy Webform.

## 2. Changes to the Privacy Policy

The Site, the Services, and our business may change from time to time. As a result we may change this Privacy Policy at any time. When we do, we will post an updated version on this page, unless another type of notice is required by the applicable law. By continuing to use the Site or Services or providing us with Personal Data after we have posted an updated Privacy Policy, or notified you if applicable, you consent to the revised Privacy Policy and practices described in it.

## 4. Contact Us

If you would like to exercise your rights please submit your request through our Eightfold Privacy Webform.

For any further matters, including questions, complaints or concerns about how your data is handled, please email us at privacy@eightfold.ai.

Eightfold AI Inc.
ATTN: Privacy Legal Dept.
2625 Augustine Drive
Suite 601
Santa Clara, CA 95054