United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**ERIN KISTLER, ET AL.,**

Plaintiffs,

v.

**EIGHTFOLD AI INC.,**

Defendant.

**Case No.: 4:26-cv-01768-YGR**

**ORDER VACATING HEARING**

Re.: Dkt. No. 29

The hearing set for August 4, 2026 is **VACATED**. The Court will reset the hearing at a later date if appropriate. Alternatively, if appropriate, the Court will issue a written decision on the papers as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).

**IT IS SO ORDERED.**

Date: July 27, 2026

**YVONNE GONZALEZ ROGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**