Jeffrey Paul Ehrlich (*Pro Hac Vice*)
**MCGUIREWOODS LLP**
jehrlich@mcguirewoods.com
888 16th Street NW, Suite 500
Washington, DC 20006
Telephone: 202-857-1700

Jonathan Y. Ellis (*Pro Hac Vice*)
**MCGUIREWOODS LLP**
jellis@mcguirewoods.com
501 Fayetteville St., Suite 500
Raleigh, NC 27601
Telephone: 919-755-6688

Alicia A. Baiardo (SBN 254228)
**MCGUIREWOODS LLP**
abaiardo@mcguirewoods.com
Two Embarcadero Center
201 Clay Street, Suite 1300
San Francisco, CA 94111
Telephone: 415-844-9944

Grace G. Simmons (*Pro Hac Vice)*
**MCGUIREWOODS LLP**
gsimmons@mcguirewoods.com
1075 Peachtree St. NE
Atlanta, GA 30309
Telephone: 404-443-5718

Nicholas Hoffman (SBN 284472)
**MCGUIREWOODS LLP**
nhoffman@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone: 310-315-8200

*Attorneys for Defendant Eightfold AI Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ERIN KISTLER and SRUTI BHAUMIK, on behalf of themselves and all those similarly situated,

Plaintiffs,

vs.

EIGHTFOLD AI INC.,

Defendant.

Case No.: 4:26-cv-01768-YGR

**DEFENDANT'S STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO DISMISS**

**[Civ. L.R. 7-3(d)]**

Judge: Hon. Yvonne Gonzalez Rogers

Under Northern District Civil Local Rule 7-3(d)(2), Defendant Eightfold AI Inc. respectfully submits this Statement of Recent Decision to draw the Court's attention to a relevant opinion issued after the completion of briefing on Eightfold's Motion to Dismiss. On September 22, 2026, the Ninth Circuit issued an Opinion in *Bultemeyer v. CenturyLink, Inc.*, No. 24-6413, addressing the standard for willfulness under the Fair Credit Reporting Act. A copy of the Opinion is attached as Exhibit A.

Dated: September 24, 2026

Respectfully submitted,

*/s/ Jeffrey Paul Ehrlich*

Jeffrey Paul Ehrlich (*Pro Hac Vice*)
**McGuireWoods LLP**
jehrlich@mcguirewoods.com
888 16th Street NW, Suite 500
Washington, D.C. 20006
Telephone: 202-857-1700

Alicia A. Baiardo (SBN 254228)
**McGuireWoods LLP**
abaiardo@mcguirewoods.com
Two Embarcadero Center
201 Clay Street, Suite 1300
San Francisco, CA 94111
Telephone: 415-844-9944

Nicholas Hoffman (SBN 284472)
**McGuireWoods LLP**
nhoffman@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone: 310-315-8200

Jonathan Y. Ellis (*Pro Hac Vice*)
**McGuireWoods LLP**
jellis@mcguirewoods.com
501 Fayetteville St., Suite 500
Raleigh, NC 27601
Telephone: 919-755-6688

Grace G. Simmons (*Pro Hac Vice)*
**McGuireWoods LLP**
gsimmons@mcguirewoods.com
1075 Peachtree St. NE
Atlanta, GA 30309
Telephone: 404-443-5718

*Attorneys for Defendant Eightfold AI Inc.*